Gillespie, Insurance Commissioner of California, for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 90–198. ANDERSON ET AL. *v.* BEATRICE FOODS CO. C. A. 1st Cir. Motions of Harvard Law School Environmental Law Society et al. and American College of Real Estate Lawyers for leave to file briefs as *amici curiae* granted. Certiorari denied. 

No. 90–5050. COVILLION *v.* AETNA LIFE & CASUALTY ET AL. C. A. 1st Cir. Certiorari before judgment denied.

No. 90–5195. BOGGS *v.* MUNCY, WARDEN. C. A. 4th Cir. The Court having voted to deny the petition for writ of certiorari at the time of the denial of the application for stay of execution, [497 U. S. 1043], the petition for writ of certiorari is denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentence in this case.

No. 90–5374. SINDRAM *v.* NISSAN MOTOR CORP. ET AL. C. A. 4th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. 

No. 88–6294. OLIVER ET UX. *v.* MERCHANTS & FARMERS BANK, MACON, MISSISSIPPI, 490 U. S. 1023;

No. 89–1733. FOREMAN *v.* AETNA CASUALTY & SURETY CO., 497 U. S. 1025;

No. 89–1768. SHIPLEY ET UX. *v.* FIRST FEDERAL SAVINGS & LOAN ASSOCIATION OF DELAWARE ET AL., 496 U. S. 938;

No. 89–1812. ESPINUEVA *v.* GARRETT, SECRETARY OF THE NAVY, 497 U. S. 1005;

No. 89–6228. ELZY *v.* SMITH, WARDEN, ET AL., 493 U. S. 1049; and

No. 89–7445. LITTLEJOHN *v.* SOUTH CAROLINA, 497 U. S. 1028. Petitions for rehearing denied.